COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Ex parte Devin Paul Cole v. The State of Texas

Appellate case number:   01-20-00748-CR

Trial court case number:  1693755

Trial court:               184th District Court of Harris County

Appellant, Davin Paul Cole, was charged with aggravated assault with a deadly weapon in *The State of Texas v. Devin Paul Cole*, cause number 1666250 in the 184th District Court of Harris County, Texas. Appellant filed a notice of appeal from the trial court's denial of his pre-trial habeas petition seeking release on personal bond. After filing the appeal, the case was resolved by plea bargain agreement and appellant was sentenced to two years' imprisonment. The judgment of conviction was signed on February 9, 2021.

Issues concerning pretrial release are moot after a defendant is convicted. *See Martinez v. State*, 826 S.W.2d 620, 620 (Tex. Crim. App. 1992). Accordingly, the district court clerk is directed to file a supplemental clerk's record containing the trial court's judgment of conviction in cause number 1666250. *See* TEX. R. APP. P. 34.5(c). The supplemental clerk's record shall be filed in the First Court of Appeals within **7 days** of the date of this order.

It is so ORDERED.


Judge's signature:     /s/ Gordon Goodman                               
                                     Acting individually


Date:   August 10, 2021